SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>    Plaintiff,<br><br>  vs.<br><br>Jeanne Sellers,<br><br>    Defendant. | Case No. **2:10-cv-01994-FCD-EFB**<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL NOVEMBER 10, 2010 FOR DEFENDANT JEANNE SELLERS INDIVIDUALLY AND AS TRUSTEE OF THE SELLERS REVOCABLE TRUST OF 8/8/89 TO RESPOND TO COMPLAINT |

 Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Jeanne Sellers Individually and as Trustee of the Sellers Revocable Trust of 8/8/89, by and through their respective attorneys of record, Scott N. Johnson; Jennifer E. Duggan, stipulate as follows:

STIPULATION AND ORDER RE: EXTENSION OF TIME - 1

1. An extension of time has been previously obtained for Defendant Jeanne Sellers Individually and as Trustee of the Sellers Revocable Trust of 8/8/89 until October 11, 2010 to respond or otherwise plead reference to Plaintiff's complaint.

2. Defendant Jeanne Sellers Individually and as Trustee of the Sellers Revocable Trust of 8/8/89 is granted an extension until November 10, 2010 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendant Jeanne Sellers Individually and as Trustee of the Sellers Revocable Trust of 8/8/89 response will be due no later than November 10, 2010.

IT IS SO STIPULATED effective as of October 8, 2010

Dated:  October __, 2010          _/S/_____
                                  Jennifer E. Duggan,
                                  Attorney for Defendant
                                  Jeanne Sellers
                                  Individually and as
                                  Trustee of the Sellers
                                  Revocable Trust of
                                  8/8/89

Dated:  October 8, 2010           /s/Scott N. Johnson ____
                                  Scott N. Johnson,
                                  Attorney for Plaintiff

STIPULATION AND ORDER RE: EXTENSION OF TIME - 2

1  **IT IS SO ORDERED:** that Defendant Jeanne Sellers
2  Individually and as Trustee of the Sellers Revocable Trust
3  of 8/8/89 shall have until **November 10, 2010** to respond to
4  complaint.

6  Dated:   October 12, 2010

   _____
   FRANK C. DAMRELL, JR.
   UNITED STATES DISTRICT JUDGE